**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

Case No. SA CV 14-1876-DOC (ANx)                              Date: April 29, 2015

Title: DISH NETWORK L.L.C., ET AL V NOXON USA, INC., ET AL

PRESENT:

THE HONORABLE DAVID O. CARTER, JUDGE

| Deborah Goltz | Not Present |
|---|---|
| Courtroom Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:       ATTORNEYS PRESENT FOR DEFENDANT:
None Present                                                    None Present

**PROCEEDINGS (IN CHAMBERS):**   **ORDER TO SHOW CAUSE RE: MOTION FOR DEFAULT JUDGMENT**

On January 8, 2015, the Clerk entered a default in this case (Dkt. #27) pursuant to Plaintiffs' Application. However, Plaintiffs have not yet filed a motion for default judgment.

The Court hereby ORDERS Plaintiffs to file a motion for default judgment or, in the alternative, a brief statement of reasons for not doing so, by June 15, 2015. If Plaintiffs file a motion for default judgment, Plaintiffs must submit a proposed order and proposed judgment for the relief requested to DOC_Chambers@cacd.uscourts.gov when the motion is filed.

Failure to respond to this order may result in this case being dismissed for failure to prosecute.

The Clerk shall serve this minute order on the parties.

MINUTES FORM 11
CIVIL-GEN                                                                                  Initials of Deputy Clerk: djg